```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A05-0100--CV (JKS)
           "VONNA K. HUSBY V MORGAN STANLEY DW INC"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 05/12/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs
                    GENDER DISCRIMINATION
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 05/12/05 receipt # 00125679
          Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1            HUSBY, VONNA K.              William F. Brattain II
                                                Baker Brattain
                                                821 N Street, Suite 101
                                                Anchorage, AK 99501
                                                907-277-3232
                                                FAX 907-279-2323

DEF 1.1            MORGAN STANLEY DW INC        No counsel found for this party!

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0100--CV (JKS)
                         "VONNA K. HUSBY V MORGAN STANLEY DW INC"

                                    For all filing dates
```

       Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
       Magistrate Judge:
          Referral Rule:
                  Filed: 05/12/05
                 Closed: NO

           Jurisdiction: (3) Federal Question (US Govt not a Party)
          PLF Diversity:
          DEF Diversity:

          Nature of Suit: (442) Jobs
                          GENDER DISCRIMINATION
                  Origin: (1) Original Proceeding
                  Demand:
              Filing fee: Paid $250.00 on 05/12/05 receipt # 00125679
                Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/12/05 | Complaint filed; Summons issued. |
| 2 - 1 | 07/14/05 | JKS Minute Order re pltf to file proof of service. cc: cnsl |
| 3 - 1 | 07/29/05 | PLF 1 Response to Order @ dkt 2. |
| 3 - 2 | 07/29/05 | PLF 1 motion to hold any further action in abeyance until 9/15/05. |
| 4 - 1 | 08/04/05 | JKS Minute Order granting motion to hold any further action in abeyance until 9/15/05 (3-2); further proceedings pursuant to the order at doc #2 are stayed until 9/15/05; plt status report due 10/11/05. cc: cnsl |
| 5 - 1 | 10/26/05 | PLF 1 (advise to court) Status Report in response to minute order at doc #2. |
| 6 - 1 | 11/04/05 | JKS Minute Order that proof of service or closing papers due 2/1/06. cc: cnsl |