William F. Brattain II (7305007)
BAKER BRATTAIN LLC
821 N Street Suite 101
Anchorage AK 99501
907 277 3232 (Telephone)
907 279 2323 (Facsimile)
brattain@bakerbrattain.com (email)

RECEIVED
FEB 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

VONNA K. HUSBY, )
)
      Plaintiff, )
)
vs. )
) Case No. A05- -100 CV (JKS) TMB
MORGAN STANLEY DW, INC., )
)
      Defendant. )
_____ )

NOTICE OF DISMISSAL WITHOUT PREJUDICE PRIOR TO SERVICE

    Plainitff, Vonna K. Husby, by and through her attorneys, William F. Brattain II, BAKER BRATTAIN LLC, hereby gives notice of the dismissal of the above captioned lawsuit prior to service and answer of the complaint. This dismissal is without prejudice.

                            BAKER BRATTAIN LLC

                            By: /s/ William F. Brattain II
                                 William F. Brattain II
                                 ABA 7305007

1